# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Mirabella Foundation | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 09 C 4492 |
| Chicago H&S Hotel Property | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is remanded to the Bankruptcy Court for further proceedings.

Michael W. Dobbins, Clerk of Court

Date: 12/2/2009      _____

/s/ Olga Rouse, Deputy Clerk